1842.

CURTIS and another *v.* ENGLE and another.

THE AMERICAN
BIBLE SOCIETY
*v.*
HAGUE.

The court will not, on petition, compel a solicitor to pay an examiner's bill, but leave the latter to his remedy at law.

MR. EXAMINER LANSING presented a petition for an order on Mr. Cook, the defendants' solicitor, to pay his fees for testimony taken in the cause.

*Oct.* 3,
1842.

*Examiner.*
*Fees.*

THE VICE-CHANCELLOR held : That the Examiner must be left to his remedy by action at law for his fees.

Petition denied—each party to bear his own costs.